Decided 11 September, rehearing denied 9 October, 1906.

**MIRANDA *v.* CARLSON.**

86 Pac. 1134.

From Harney: GEORGE E. DAVIS, Judge.

Suit by A. Miranda against Ed. Carlson, for an injunction, resulting in a decree for defendant, from which plaintiff appeals. The case was submitted on briefs under the proviso of Rule 16: 35 Or. 587, 601.                                    AFFIRMED.

For appellant there was a brief over the name of *Lionel R. Webster.*

For respondent there was a brief over the name of *Parrish & Rembold.*

MR. JUSTICE HAILEY delivered the opinion of the court.

This is a suit to determine the rights of the parties herein to the waters of the west fork of Wild Horse or Alvord Creek in the southern portion of Harney County. The case involves questions of fact only, as to the priority of the rights of the parties, and no good purpose would be served by a review of the evidence. It is sufficient to say that the record and evidence have been carefully read and considered, and we think the decree of the lower court is correct, and it will therefore be affirmed.                                    AFFIRMED.